**Electronically Filed
Intermediate Court of Appeals
CAAP-22-0000676
06-MAY-2024
09:11 AM
Dkt. 47 OAWST**

NO. CAAP-22-0000676


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


FREEDOM MORTGAGE CORPORATION, Plaintiff-Appellee,
v.
ALBERT PAUL PALMERE JR. AKA ALBERT PALMERE JR.;
ASSOCIATION OF APARTMENT OWNERS OF WOODCREEK; LAUNANI VALLEY
COMMUNITY ASSOCIATION; DAVID FAOTUSIA VEIKUNE; FRANKLIN ESCROW,
LLC; JOHN DOES 1-20; JANE DOES 1-20; DOE CORPORATIONS 1-20;
DOE ENTITIES 1-20; AND DOE GOVERNMENTAL UNITS 1-20,
Defendants-Appellees,
and
LAUNANI ASSETS, LLC, a Hawaii limited liability company,
Defendant-Appellant


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. 1CC161000770)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Leonard, Acting Chief Judge, Hiraoka and Guidry, JJ.)

Upon consideration of the Stipulation for Dismissal of

Appeal (**Stipulation**), filed April 23, 2024, by Defendant-

Appellant Launani Assets, LLC, and Plaintiff-Appellee, Freedom

Mortgage Corporation, the papers in support, and the record, it

appears that: (1) the appeal has been docketed and filing fees

paid; (2) the Stipulation is dated and signed by counsel for all

parties appearing in this appeal; (3) the parties agree to dismiss the appeal with prejudice, and that each party shall bear their own attorneys' fees and costs incurred on appeal; and (4) dismissal is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed with prejudice. The parties shall bear their own attorneys' fees and costs.

DATED:  Honolulu, Hawaiʻi, May 6, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge